12916

PICKETT v. GEER *ET AL.*

(153 S. E., 349)

*Messrs. L. K. Clyde* and *B. F. Martin,* for appellant,

*Messrs. Haynsworth & Haynsworth,* for respondents,
B. E. Geer et al.,

*Mr. E. M. Blythe,* for respondents, Price and Camereiro,

May 18, 1930.

Opinion of the Court delivered by MR. CHIEF JUSTICE
WATTS.

For the reasons assigned by his Honor, Judge Mauldin,
it is the judgment of this Court that the judgment of the
Circuit Court be affirmed.

MESSRS. JUSTICES COTHRAN, BLEASE, STABLER and
CARTER concur.